USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

ROBERT DE LA CRUZ,

                Plaintiff,                18 **CIVIL** 6983 (GHW)

     -against-                  **JUDGMENT**

ECOLAB, INC.,

                Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 16, 2020, Ecolab's motion for summary judgment is granted; judgment is entered for Defendant, and this case is closed.

**Dated:** New York, New York
        January 17, 2020

                                          RUBY J. KRAJICK
                                          Clerk of Court

BY:

                                          Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/17/2020